## United States District Court Violation Notice

**CSS**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4037459 | GRIGGERS CODY | 2207 |

4037459

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☒ USC ☐ State Code |
|---|---|---|
| 06/26/2015 2:45 PM | TITLE 18 USC 13 ~~CVC 27360 A~~ | |

**Place of Offense:** ADJACENT INTERSECTION OF MITSHER WAY AND DELTA

**Offense Description: Factual Basis for Charge**    HAZMAT ☐

CVC 27360 A
CHILD UNDER 8 NOT PROPERLY RESTRAINED

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PATEL | NAYNKUMAR | K |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| E134168 | IL | 15 | CHEVY/TAHOE | | WHITE |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 200.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 225.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:     Date (mm/dd/yyyy):     Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

07/31/2015 11:45:13

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **26 JUN**, 20**15** while exercising my duties as a law enforcement officer in the **Southern** District of **CALIFORNIA**

WHILE OPERATING THE NORTH GATE OF MCAS MIRAMAR, I OFFICER MONTAGUE OBSERVED PATEL ATTEMPTING TO GAIN ACCESS TO THE AIR STATION IN HIS RENTED CHEVROLET TAHOE. UPON CONTACT OFFICER MONTAGUE NOTICED THAT PATEL'S THREE MINOR CHILDREN WERE NOT WEARING THEIR SEAT BELTS. CRG

*SPACE NOT USED*

CRG

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/26/2015**    Officer's Signature _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident